In the Matter of EUGENE SULLIVAN, Appellant, against JOSEPH FLAHERTY et al., Respondents.

Argued February 24, 1942; decided April 23, 1942.

*Benjamin Gassman* for appellant.

*Maurice F. Cantor* and *A. L. Sainer* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.